JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. P. PARNELL,<br><br>                    Petitioner,<br><br>          v.<br><br>D. CUEVA, Warden,<br><br>                    Respondent. | Case No. CV 20-07422-DMG-AFM<br><br>**JUDGMENT** |

     This matter came before the Court on the Petition of J. P. PARNELL, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers,

     IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed for lack of jurisdiction.

DATED:  January 4, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE